# Court of Appeals
# of the State of Georgia

ATLANTA, __April 17, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1370. KENTRAL WARD v. THE STATE.**

In October 2009, Kentral Ward pled guilty to armed robbery. In November 2013, Ward filed a pro se "Motion to Squash Void Indictment." The trial court denied the motion, and Ward filed this appeal.

A post-conviction motion seeking to challenge an indictment seeks to invalidate the conviction. And a motion alleging an invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Ward is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Ward's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*